**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1791**

ARTEM IGOSHEV,

          Plaintiff - Appellant,

    v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE,

          Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:17-cv-01363-ELH)

Submitted:  December 20, 2018           Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Artem Igoshev, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Artem Igoshev appeals the district court's order granting summary judgment in favor of the National Security Agency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Igoshev v. Nat'l Sec. Agency*, No. 1:17-cv-01363-ELH (D. Md. filed May 1, 2018, & entered May 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
